## STATE OF CONNECTICUT *v.* RICARDO COLLINS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 111 Conn. App. 730 (AC 29000), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court abused its discretion when it admitted evidence of the defendant's involvement in a prior shooting?"

The Supreme Court docket number is SC 18297.

*Adam E. Mattei*, special deputy assistant state's attorney, in support of the petition.

*Pamela S. Nagy*, special public defender, in opposition.

Decided January 29, 2009

## IN RE JUSTICE V.

The petition by the respondent mother for certification for appeal from the Appellate Court, 111 Conn. App. 500 (AC 29268), is denied.

*David J. Reich*, in support of the petition.

*Colleen Broderick*, assistant attorney general, in opposition.

Decided January 29, 2009